UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANDREW SHIELDS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　Respondent. | No. 2:22-cv-0130 CKD P<br><br><br>ORDER |

By order filed January 31, 2022, Mr. Shields was granted 30 days within which to file a petition for a writ of habeas corpus. He was also granted 30 days within which to file an application to proceed in forma pauperis or pay the filing fee. Mr. Shields was warned that failure to file the necessary documents to commence a habeas action would result in this case being closed. Mr. Shields has not filed the necessary documents. Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to close this case.

Dated:  March 15, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

shie0130.cl